1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOU MEZA, ) | Case No. CV 10-10084 GW (JCG) |
| Petitioner, ) | |
| v. ) | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |
| DOMINGO URIBE, JR., Warden, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. Having made a *de novo* determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge's Report and Recommendation.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of

1  appealability.

2      Accordingly, IT IS ORDERED THAT:

3      1.    Judgment shall be entered dismissing the action with prejudice.

4      2.    The Clerk shall serve copies of this Order and the Judgment herein on
5  the parties.

6      3.    Petitioner's Application for Certificate of Appealability, is denied.

8  DATED:  February 8, 2012        _____

9                      HON. GEORGE H. WU
                  UNITED STATES DISTRICT JUDGE