# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOU MEZA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　　Respondent. | Case No. CV 10-10084 GW (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 8, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE